# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **CASE NO.** 26-CR-10178-01-JWB

**AMANDA BALLOW-CRUMPTON,**

**Defendant.**

# INDICTMENT

**THE GRAND JURY CHARGES**:

**COUNT 1**

**Interference with Flight Crew Members and Attendants**
**[49 U.S.C. § 46504]**

On or about July 6, 2026, in the District of Kansas and elsewhere, the defendant,

**AMANDA BALLOW-CRUMPTON,**

on an aircraft in the special aircraft jurisdiction of the United States, namely American Airlines fight # 3078, (FAA Registration Number N842NN) which originated in Indianapolis, Indiana, and was destined for Phoenix, Arizona, did knowingly interfere with the performance of the duties of A.M. and E.H., flight attendants of the aircraft, and lessened the ability of the attendants to perform those duties by intimidating the flight

attendants, specifically yelling and cursing at them, which caused the flight to be diverted to Wichita, Kansas.

In violation of Title 49, United States Code, Section 46504.

A TRUE BILL.

November 3, 2026 s/Foreperson
DATE FOREPERSON OF THE GRAND JURY

RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY

By: /s/ Christin D. Smith
Christin D. Smith
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas 67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: christin.smith@usdoj.gov
Ks. S. Ct. No. 30357

IT IS REQUESTED THAT THE TRIAL BE HELD IN WICHITA, KANSAS

## PENALTIES

**Count 1: 49 U.S.C. § 46504 [Interference with Flight Crew Members and Attendants]**

- Punishable by a term of imprisonment of no more than twenty (20) years. 49 U.S.C. § 46504.
- A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).
- A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(5).
- A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).
- Forfeiture.