IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 26-CR-10178-01-JWB |
| | ) | |
| AMANDA BALLOW-CRUMPTON | ) | |
| | ) | |
| Defendant. | ) | |

## UNITED STATES' NOTICE TO THE COURT

Comes now the United States of America, by and through its attorney, Christin D. Smith, Assistant United States Attorney for the District of Kansas, and hereby gives notice to the Court that to the best of its knowledge the investigation and/or prosecution of this action:

☐ Involved the Kansas Bureau of Investigation (KBI), its agents, laboratory, or any services thereof between January 9, 2023 and present; or

☑ Did not involve the Kansas Bureau of Investigation (KBI), its agents, laboratory, or any services thereof between January 9, 2023 and present.

Respectfully submitted,

RYAN A. KRIEGSHAUSER
United States Attorney

By: /s/ Christin D. Smith

CHRISTIN D. SMITH, #30357
Assistant United States Attorney
District of Kansas
301 N. Main, Suite 1200
Wichita, Kansas 67202
Ph: (316) 269-6481
Fax: (316) 269-6484
Email: christin.smith@usdoj.gov